IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERB DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Case No: 2:18-cv-00333-RWS |
| vs. | § § | |
| CENTURYLINK, INC., | § § | |
| Defendant. | § § § | |

## MOTION TO DISMISS

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rothschild Broadcast Distribution Systems, LLC moves the Court to dismiss all of Plaintiff's claims against CenturyLink, Inc. with prejudice with each party to bear its own attorneys' fees and costs. According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Plaintiff requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: April 2, 2019                                          Respectfully submitted,

/s/*Jay Johnson*
**Jay Johnson**
KIZZIA JOHNSON PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

*Counsel for Plaintiff*