# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERB DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | § § § § | |
| Plaintiff, | § § | Case No: 2:18-cv-00333-RWS |
| vs. | § § | |
| CENTURYLINK, INC., | § § § | |
| Defendant. | § § § | |

## ORDER AND FINAL JUDGMENT

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's Motion to Dismiss Under Fed. R. Civ. P. 41(a)(1)(A)(i).  Docket No. 5.  Having considered the motion, the Court finds that it should be, and is hereby, **GRANTED**  Therefore, it is

**ORDERED** that Plaintiff's claims against Defendant CenturyLink, Inc. are **DISMISSED WITH PREJUDICE** with each party to bear its own attorneys' fees and costs.

All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

**SIGNED this 4th day of April, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE